UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FABRICE TEIXEIRA, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>) | Civil Action No.<br>21-11333-FDS |

## ORDER OF TRANSFER

**SAYLOR, C.J.**

Fabrice Teixeira, who was previously confined in the Donald W. Wyatt Detention Facility in Central Falls, Rhode Island, has filed a petition under 28 U.S.C. § 2241 challenging the conditions and location of his custody.

This court does not have jurisdiction over this matter. "District courts are limited to granting habeas relief 'within their respective jurisdictions.'" *Rumsfeld v. Padilla*, 542 U.S. 426, 442 (2004) (quoting 28 U.S.C. § 2241(a)). Unless a statute explicitly states otherwise, "for core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement." *Id.* at 443. Here, Teixeira challenged the conditions of his physical confinement in Rhode Island. Although it appears that Teixeira has already been released from detention—which would likely moot the petition challenging the conditions of his custody—this court lacks the statutory jurisdiction to make that determination.

Because jurisdiction over Teixeira's petition does not lie in the District of Massachusetts, the Court hereby orders that this action be TRANSFERRED to the United States District Court

for the District of Rhode Island. *See* 28 U.S.C. § 1404(a) (providing for the transfer of a civil action "to any other district or division where it might have been brought").

**So Ordered.**

|  |  |
|---|---|
|  | /s/ F. Dennis Saylor IV |
|  | F. Dennis Saylor IV |
| Dated: October 18, 2023 | Chief Judge, United States District Court |